FILED
2023 DEC 13 AM 10: 58

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: 2:23-cr-00596-RGK TV |
|---|---|
| USMS# Lu Zhang    DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/12/23 @ 0605    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956(h) ; 18 USC 1956(a)(1)(B)(i) ; 18 USC 1956(a)(2)(B)(i)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No  ☒ Yes   Language: Mandarin

7. Year of Birth: 1987

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): _____

11. Name: SA Derek Wang  (please print)

12. Office Phone Number: 213-533-4400    13. Agency: USSS

14. Signature: [signature]    15. Date: 12/12/23

64 (05/18)                  REPORT COMMENCING CRIMINAL ACTION