FILED
CLERK, U.S. DISTRICT COURT

DEC 13 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Justin WALKER DEFENDANT. | CASE NUMBER: CR 23-596 DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, __Justin WALKER__, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). ~~I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed.~~ I will not apply for a passport or other travel document during the pendency of this case.   *My passport was seized upon arrest.*

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __13th__ day of __December__, 20__23__
at __Los Angeles, CA__
(City and State)

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, __Yao Sue__, am fluent in written and spoken English and __Mandarin__ languages. I accurately translated this form from English into __Mandarin__ to declarant __Justin Walker__ on this date.

Date: __12/13/23__

_____
Interpreter

CR-37 (05/15)   DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS