# United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

**FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY**

Date: December 13, 2023
Re: Release Order Authorization
Docket Number: 2:23-cr-00596-RGK-3
Defendant: Justin Shi Walker

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

JARRYD TANEDO
U.S. Probation & Pretrial Services Officer
Telephone No. 213-651-5388