FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA** 2023 DEC 13 AM 10: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 2:23-cr-00596-RGK TV |
| V. | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# Lu Zhang | DEFENDANT | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  12/12/23 @ 0605     ☒ AM  ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:

   18 USC 1956 (h) ; 18 USC 1956(a)(1)(B)(i) ; 18 USC 1956(a)(2)(B)(i)

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☐ No  ☒ Yes  Language:  Mandarin

7.  Year of Birth:  1987

8.  Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9.  Name of Pretrial Services Officer notified:  N/A

10.  Remarks (if any): _____

11.  Name:  SA Derek Wang  (please print)

12.  Office Phone Number:  213-533-4400     13. Agency:  USSS

14.  Signature: _____     15. Date:  12/12/23

64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION