ADAM M. KOPPEKIN, SBN 225267
BLEDSTEIN & KOPPEKIN, LLP
15915 VENTURA BLVD, SUITE 203
ENCINO CA 91436

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00596-RGK |
| v. | |
| LU ZHANG, | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint ADAM M. KOPPEKIN _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

12-13-2023
*Date*

*Defendant's Signature:* Lu Zhang

Yao Nie Mandarin Interpreter
12/13/23

Los Angeles, California
*City and State*

## APPEARANCE OF COUNSEL

I, ADAM M. KOPPEKIN _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

12-13-2023
*Date*

*Attorney's Signature*

225267
*California State Bar Number*

15915 VENTURA BLVD, SUITE 203
*Street Address*

ENCINO CA 91436
*City, State, Zip Code*

818-995-0801
*Telephone Number*

818-981-6098
*Fax Number*

bklaw@bklaw.la
*E-mail Address*

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL