UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. **2:23-cr-00596-RGK-3**   Date: **12/13/2023**

Present: The Honorable: **Jacqueline Chooljian, U.S. Magistrate Judge**

Interpreter: **Yao Sue**   Language: **Mandarin**

| Kerri Hays | 12/13/2023 | Nisha Chandran / M. Coll |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s) ✔ Present **In Custody**   Attorneys for Defendants: ✔ Present **DFPD**

Justin Walker                                                   Menninger, David Lee

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case    Appointment of Counsel

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Yao Sue; Language: Mandarin
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge R. Gary Klausner.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/6/2024 9:00 AM
* The parties are referred to Judge Klausner's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. The government is ordered to turn over any discovery within two weeks. If there are any problems regarding discovery, counsel are to file a joint report within two weeks. Judge Klausner is located in 850, Los Angeles - Edward R. Roybal Federal Building, 255 East Temple Street, CA 90012-3332.

cc:   PSALA         PSAED         PSASA
   ✔ USMLA        USMED         USMSA
      Statistics Clerk           ✔ Interpreter
      CJA Supervising Attorney   Fiscal

Appointment of Counsel: **00 : 00**
Arraignment: **00 : 04**
Initials of Deputy Clerk: **KH by TRB**