UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:23-cr-00596-RGK                                      Date: 12/13/2023

Present: The Honorable: Jacqueline Chooljian, U.S. Magistrate Judge

Interpreter: Yao Sue                                            Language: Mandarin

| Kerri Hays | 12/13/2023 | Nisha Chandran / Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  Retained

Lu Zhang                                                        Koppekin, Adam Matthew

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case    Appointment of Counsel

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Yao Sue; Language: Mandarin
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge R. Gary Klausner.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/6/2024 9:00 AM
* The parties are referred to Judge Klausner's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. The government is ordered to turn over any discovery within two weeks. If there are any problems regarding discovery, counsel are to file a joint report within two weeks.. Judge Klausner is located in 850, Los Angeles - Edward R. Roybal Federal Building,255 East Temple Street, CA 90012-3332.

cc:  PSALA           PSAED           PSASA                 Appointment of Counsel: 00 : 00
     ✔ USMLA         USMED           USMSA                 Arraignment: 00 : 03
     Statistics Clerk                ✔ Interpreter         Initials of Deputy Clerk: KH by TRB
     CJA Supervising Attorney        Fiscal