# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br><br>v.<br><br>JUSTIN WALKER , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23–cr–00596–RGK<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 12/19/2023 | 33 | Notice of Appearance or Withdrawal of Counsel |
| __ | __ | __ |

Other:
Removal of counsel for another counsel must take place by Substitution of Attorney. Document is not a properly filed or signed substitution of attorney request.

Dated: December 21, 2023          By: /s/ *R. Gary Klausner*
                                                U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)