UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-CR-00596-RGK-3 |
| v. | |
| Zhang et. al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  [41] |
| Defendant(s) | |

The Court hereby orders that the request of:

Justin Walker                          ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Howard Cohn                                                                      who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

17800 Castleton St., #605
*Street Address*

City of Industry, CA 91748                     howard@dcklawfirm.com
*City, State, Zip*                                    *E-Mail Address*

626-317-0033              212-810-7257              89095
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of David Menninger, DFPD
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated December 28, 2023

*/s/ Gary Klausner*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)         (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY