◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____California_____ District of _____Central_____

United States of America
             Plaintiff (s),
V.
Zhang et al - Lu Zhang
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:2023cr00596

Notice is hereby given that, subject to approval by the court, __Lu Zhang__ substitutes
                                                                                 (Party (s) Name)

__Caleb S. Grodsky__, State Bar No. __188915__ as counsel of record in
(Name of New Attorney)

place of __Adam Matthew Koppekin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Law Office of Caleb S. Grodsky
    Address:            2201 N. Lakewood Blvd., #D-104, Long Beach, CA 90815
    Telephone:        (310) 488-3339        Facsimile  (310) 424-7271
    E-Mail (Optional):  csg@grodskylaw.com

I consent to the above substitution.
Date: 1/2/2024
                                                             (Signature of Party (s))

I consent to being substituted.
Date: 1/2/2024
                                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/2/2024
                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]