AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:2023cr00596 |
| Zhang et al - Lu Zhang | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lu Zhang

Date: 01/02/2024

*Attorney's signature*

Caleb S. Grodsky
*Printed name and bar number*

Law Office of Caleb S. Grodsky
Suite D-104
2201 N. Lakewood Blvd.
Long Beach, CA 90815

*Address*

csg@grodskylaw.comn
*E-mail address*

(310) 488-3339
*Telephone number*

(310) 424-7271
*FAX number*