# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>LU ZHANG, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cr–00596–RGK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/2/2024

Document No.:   44

Title of Document:    Request for Approval of Substitution of Attorney

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Substitute Attorney (G–01) – under Category – Applications/Ex Parte Applications/Motions/Petitions/Requests

Proposed document was not submitted or was not submitted as a separate attachment.

Form outdated; Please refer to the Courts website at www.cacd.uscourts.gov for Court Form; Proposed Order shall be filed as separate attachment to the e–filed "REQUEST" and e–mailed to Judge Klausner generic email addresses a Microsoft Word version of the document

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 3, 2024       By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS