Michael Walsh
Demidchik Law Firm
150 S. Wacker-Suite 3000
Chicago, IL 60606
312-786-4777
Michaelwalsh@dcklawfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cr-00596-RGK |
| v. | |
| JUSTIN WALKER | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Walsh, Michael D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-786-4777          212-810-7257
*Telephone Number*     *Fax Number*

Michaelwalsh@dcklawfirm.com
*E-Mail Address*

of

Demidchik Law Firm
150 S. Wacker-Suite 3000
Chicago, IL 60606
312-786-4777
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

JUSTIN WALKER

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Cohn, Howard E.
*Designee's Name (Last Name, First Name & Middle Initial)*

89095          626-317-0033          212.810.7257
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

howard@dcklawfirm.com
*E-Mail Address*

of

Demidchik Law Firm
17800 Castleton St. #605
City of Industry, CA 91748
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** 01/02/24

/s/ District Judge R. Gary Klausner
**U.S. District Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1