Caleb S. Grodsky (SBN 188915)
Law Office of Caleb S. Grodsky
2201 N. Lakewood Blvd., #D-104
Long Beach, CA 90815
Phone (310) 488-3339
Facsimile (310) 424-7271
Email csg@grodskylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-cr-00596 |
| v. | |
| Zhang et al - Lu Zhang | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

__Lu Zhang__   ⊙ Plaintiff   ⊙ Defendant   ⊙ Other _____
*Name of Party*

to substitute   __Caleb S. Grodsky__   who is

⊙ Retained Counsel   ⊙ Counsel appointed by the Court (Criminal cases only) ⊙ Pro Se

__2201 N. Lakewood Blvd., #D-104__
*Street Address*

__Long Beach, CA 90815__                       __csg@grodskylaw.com__
*City, State, Zip*                                              *E-Mail Address*

__(310) 488-3339__          __(310) 424-7271__          __188915__
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of   __Adam Matthew Koppekin__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ⊙ **GRANTED** ⊙ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                                           U. S. District Judge/U.S. Magistrate Judge