# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-cr-00596-RGK-1 |
| v. | |
| Lu Zhang | **(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [44] [48] |
| Defendant(s). | |

The Court hereby orders that the request of:

__Lu Zhang__  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute __Caleb S. Grodsky__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__2201 N. Lakewood Blvd., #D-104__
*Street Address*

__Long Beach, CA 90815__          __csg@grodskylaw.com__
*City, State, Zip*                 *E-Mail Address*

__(310) 488-3339__   __(310) 424-7271__   __188915__
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of __Adam Matthew Koppekin__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __1/10/2024__          *[signature: Gary Klausner]*
                             U. S. District Judge/~~U.S. Magistrate Judge~~