**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23CR00596-RGK-1 |
| v. | |
| LU ZHANG (#1), | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

_____Lu Zhang_____     Plaintiff     X Defendant   Other _____
_Name of Party_

to substitute _____Shaun Khojayan_____ who is

X   Retained Counsel     Counsel appointed by the Court (Criminal cases only)   Pro Se

515 S. Flower St., 19th FL
_Street Address_

_____Los Angeles, CA 90071_____                    _____shaun@khojayan.com_____
_City, State, Zip_                                                   _E-Mail Address_

_____310-274-6111_____          _____310-274-6211_____          _____197690_____
_Telephone Number_                    _Fax Number_                    _State Bar Number_

as attorney of record instead of _____Caleb S. Grodsky_____
_List **all** attorneys from same firm or agency who are withdrawing_

_____

_____

**is hereby          GRANTED          DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                                         U. S. District Judge/U.S. Magistrate Judge