PS 8
(Rev. 1/19)

FILED
CLERK, U.S. DISTRICT COURT

1/25/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Justin Walker                                Docket No.: 2:23-CR-00596-RGK-3

### Petition for Action on Conditions of Pretrial Release (Modify Request)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Justin Walker, who was placed under pretrial release supervision by the Honorable JACQUELINE CHOOLJIAN, sitting in the Court at Los Angeles, California, on the 13th day of December, 2023, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Due to Defendant being ordered to abstain from alcohol, alcohol testing is needed to ensure compliance.

**PRAYING THAT THE COURT WILL** modify the defendant's conditions of release to include:

1. Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

ORDER OF COURT

Considered and ordered this **25th** day of **JAN**, 2024 and ordered filed and made a part of the records in the above case.

_/s/ Gary Klausner_
United States District Judge
HONORABLE R. GARY KLAUSNER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on January 24, 2024

_/s/ Tanedo_
JARRYD FERNAND DAVID TANEDO
U.S. Probation & Pretrial Services Officer
Place: Los Angeles, California