# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NUMBER: |
| | Plaintiff(s) | 2:23CR00596-RGK-1 |
| v. | | |
| LU ZHANG (#1), | | **(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [51] |
| | Defendant(s). | |

The Court hereby orders that the request of:

_____Lu Zhang_____     Plaintiff     X Defendant   Other _____
      *Name of Party*

to substitute _____Shaun Khojayan_____     who is

  X   Retained Counsel     Counsel appointed by the Court (Criminal cases only)   Pro Se

515 S. Flower St., 19th FL
            *Street Address*

_____Los Angeles, CA 90071_____          _____shaun@khojayan.com_____
      *City, State, Zip*                                                                          *E-Mail Address*

_____310-274-6111_____     _____310-274-6211_____          _____197690_____
  *Telephone Number*                             *Fax Number*                                             *State Bar Number*

as attorney of record instead of _____Caleb S. Grodsky_____
             *List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     **X  GRANTED**          **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____1/25/2024_____

_____
U. S. District Judge