**DECLARATION OF GEORGE JASEK**

1. I am a Special Agent ("SA") with the United States Secret Service and have been so employed since March 2018. I am currently assigned to the Criminal Investigative Division in Washington, District of Columbia. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto as **Exhibit 1** is a summary chart of shell companies tied to the domestic money laundering cell charged in this case.

3. Attached hereto as **Exhibit 2** is a list of U.S. victims who sent funds to the shell companies identified in Exhibit 1. The amount of the loss is based on a government analysis of self-reporting documentation and shell company records.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 24, 2025.

GEORGE JASEK