# EXHIBIT 2

| Victim Name | Restitution Amount |
|---|---|
| A.V. | $10,000 |
| A.K. | $10,000 |
| A.R. | $20,000 |
| A.B. | 84,000.00 |
| A.B. | 25,000.00 |
| A.A. | 50,000.00 |
| A.K. | $80,000 |
| B.T. | $25,000 |
| B.O. | 6,500.00 |
| B.C. | 51,000.00 |
| C.O. | $20,000 |
| C.G. | 20,000.00 |
| C.M. | 50,000.00 |
| C.S. | $78,100.00 |
| D.C. | $150,000 |
| E.M. | 30,178.00 |
| F.C. | $40,000 |
| F.B. | $210,000 |
| G.T. | 100,000.00 |
| H.X. | 10,000.00 |
| H.L. | $350,000 |
| J.Z. | $117,800 |
| J.E. | $197,000 |
| J.D. | $30,000 |
| J.S. | $186,464 |
| J.S. | 41,850.00 |
| J.H. | 13,000.00 |
| J.R. | 43,000.00 |
| J.S. | 43,735.00 |
| J.C. | $28,000 |
| J.F. | 150,000.00 |
| J.L. | 23,000.00 |
| J.L. | 10,000.00 |
| J.C. | 20,000.00 |
| J.F. | $80,000 |
| K.S. | $40,000 |
| K.S. | $26,000 |
| K.R. | 20,000.00 |
| K.F. | 30,420.00 |
| K.G. | 29,500.00 |
| K.M. | $300,000 |
| K.S. | $100,000 |
| L.S. | $46,500 |
| L.G. | 110,000.00 |
| L.Z. | $10,000 |

| | |
|---|---:|
| L.H. | $45,000 |
| L.C. | $51,000 |
| L.H. | 29,550.00 |
| M.G. | $50,000 |
| M.V. | $10,005 |
| M.G. | 42,262.00 |
| M.C. | $59,460 |
| M.W. | $3,000 |
| M.W. | $39,800 |
| M.C. | $55,500 |
| M.F. | 14,000.00 |
| M.Y. | 29,145.32 |
| M.K. | 70,000.00 |
| M.K. | $49,000 |
| M.H. | $75,500.00 |
| M.W. | $6,000 |
| M.P. | 9,900.00 |
| M.H. | $132,145 |
| M.H. | $20,000 |
| P.Y. | 15,000.00 |
| Q.Z. | $102,000 |
| Q.Z. | 23,000.00 |
| Q.R. | 12,000.00 |
| Q.T. | 222,000.00 |
| R.R. | 25,000.00 |
| R.P. | $20,000 |
| R.A. | 25,000.00 |
| R.M. | 3,000.00 |
| R.W. | $100,000 |
| S.M. | $5,000 |
| S.W. | $60,000 |
| S.R. | $10,000 |
| S.Z. | 30,000.00 |
| S.C. | $6,000 |
| S.M. | $14,039 |
| S.W. | 28,000.00 |
| S.K. | $14,650 |
| T.W. | $170,000 |
| T.C. | $200,000 |
| T.C. | 300,000.00 |
| T.R. | $230,000 |
| T.W. | $79,207.00 |
| T.V. | 10,000.00 |
| W.C. | $215,000 |
| W.S. | $361,000 |
| W.P. | 86,000.00 |

| | |
|---|---:|
| W.H. | 124,000.00 |
| X.C. | $21,000 |
| X.Z. | $240,000 |
| X.Y. | $901,804 |
| | |
| TOTAL | $7,560,014 |