UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.    2:23–cr–00596–RGK                                    Date  4/14/2025

Present:    The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter:  Junting Tan – Mandarin Language Interpreter

| Ma Socorro Lindaya | Miriam Baird | Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 2. Joseph Wong, Bond REG 57574–511 | 2. Lauren Sanchez, Retained |

**PROCEEDINGS:        CHANGE OF PLEA**

X   Defendant moves to change plea to the  Indictment .

X   Defendant sworn.

X   Defendant enters a new and different plea of GUILTY to  1 .

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,  August 11, 2025 at 10:00 AM  for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before  7/11/2025 .

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the  09/16/2025  trial date as to this defendant.

X   Other: Defendant to remain on bond pending sentencing.

                                                                                           :23
                                                           Initials of Deputy Clerk:  mal 

cc: USPO