| Shell Company | Laundered Funds |
|---|---:|
| BFC REMODEL LLC | $768,090.00 |
| BFC SUPPLY LLC | $813,835.00 |
| CREATIVE HOMEGOODS LLC | $551,700.00 |
| FUYU COMMERCE LLC | $1,172,100.00 |
| GOOD LUCK TRADING LLC | $300,000.00 |
| KAIS TEA SET SUPPLIES LLC | $1,523,200.00 |
| LEADING CONSTRUCTION LLC | $443,000.00 |
| LJS REMODELING LLC | $259,000.00 |
| LJS SUPPLY LLC | $1,279,250.00 |
| LQH SUPPLY LLC | $1,094,860.00 |
| MINGXING REMODEL LLC | $764,000.00 |
| MINGXING TRADING LLC | $1,331,300.00 |
| QAG TRADING LLC | $963,000.00 |
| SEA DRAGON REMODEL INC | $849,600.00 |
| SUNRISE SUPPLY LLC | $785,300.00 |
| XIEYUNZHU TRADING INC | $85,000.00 |
| YHM SUPPLY LLC | $785,040.00 |
| YHM TRADING LLC | $1,020,900.00 |
| YZX LUXURY LLC | $1,505,900.00 |
| YZX TRENDING LLC | $1,119,500.00 |
| HONG'S TRADING LLC | $284,012.00 |
| SEA DRAGON TRADING LLC | $280,000.00 |
| SHANGHAI FOOD & GROCERIES LLC | $1,479,400.00 |
| MINGXINGTRANDING, INC. | $586,000.00 |
| QAG TRADING INC | $40,000.00 |
| **Total** | **$20,083,987.00** |