UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:23-cr-00596-RGK-1 | Date | May 19, 2025 |
|---|---|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Yanyan Liu (Mandarin) |

| Maria Lindaya | Miriam Baird | Nisha Chandran; Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Lu Zhang | x | x | | Shaun Khojayan | x | | x |

**Proceedings:** **SENTENCING**

Court and counsel confer. Counsel presents argument. Defendant addresses the Court. Also present is the victim. Victim addresses the Court. The Court places findings on the record and proceeds with sentencing.

**SEE SEPARATE JUDGMENT AND COMMITMENT ORDER**.

**IT IS SO ORDERED.**

|  | : | 36 |
|---|---|---|
| | Initials of Deputy Clerk | mal |